IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOOTERS OF AMERICA, LLC,<br><br>PLAINTIFF,<br>v.<br><br>LA CIMA RESTAURANTS, LLC,<br><br>DEFENDANT. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-03299-SCJ |

**STIPULATION OF DISMISSAL
OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hooters of America, LLC and Defendant La Cima Restaurants, LLC, being all the parties who have appeared in this case, hereby stipulate to the dismissal of all of Plaintiff's claims against the Defendant in the above-captioned matter with prejudice. The parties shall bear their own respective costs and fees.

[signatures appear on the next page]

This 4th day of May, 2012.

| | |
|---|---|
| /s/ Angela R. Fox | /s/ Charles A. Hawkins |
| John H. Fleming (263250) | Robert H. Buckler (092650) |
| Valerie Strong Sanders (625819) | Richard Gerakitis (291389) |
| Angela R. Fox (131077) | Charles A. Hawkins (338680) |
| SUTHERLAND ASBILL & BRENNAN LLP0 | Jana L. Korhonen (100125) |
| 999 Peachtree Street, N.E. | TROUTMAN SANDERS LLP |
| Atlanta, Georgia  30309-3996 | Bank of America Plaza |
| 404.853.8000 (T) | 600 Peachtree Street, N.E., Suite 5200 |
| 404.853.8806 (F) | Atlanta, GA  30308-2216 |
| john.fleming@sutherland.com | (404) 885-3000 |
| valerie.sanders@sutherland.com | (404) 962-6885 |
| angie.fox@sutherland.com | bobby.buckler@troutmansanders.com |
| | richard.gerakitis@troutmansanders.com |
| Robert B. Gordon (pro hac vice) | charlie.hawkins@troutmansanders.com |
| Jillian M. Harrison (pro hac vice) | jana.korhonen@troutmansanders.com |
| ROPES & GRAY LLP | |
| Prudential Tower | Counsel for Defendant |
| 800 Boylston Street | La Cima Restaurants, LLC |
| Boston, MA 02199-3600 | |
| 617.951.7000 (ph) | |
| 617.951.7050 (fax) | |
| robert.gordon@ropesgray.com | |
| jillian.harrison@ropesgray.com | |
| | |
| Counsel for Plaintiff | |
| Hooters of America, LLC | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing **STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Robert B. Gordon | Robert H. Buckler |
| Jillian M. Harrison | Richard Gerakitis |
| ROPES & GRAY LLP | Charles A. Hawkins |
| Prudential Tower | Jana L. Korhonen |
| 800 Boylston Street | TROUTMAN SANDERS LLP |
| Boston, MA 02199-3600 | Bank of America Plaza |
| 617.951.7000 (ph) | 600 Peachtree Street, N.E., Suite 5200 |
| 617.951.7050 (fax) | Atlanta, GA  30308-2216 |
| robert.gordon@ropesgray.com | (404) 885-3000 |
| jillian.harrison@ropesgray.com | (404) 962-6885 |
| | bobby.buckler@troutmansanders.com |
| Counsel for Plaintiff | richard.gerakitis@troutmansanders.com |
| Hooters of America, LLC | charlie.hawkins@troutmansanders.com |
| | jana.korhonen@troutmansanders.com |
| | |
| | Counsel for Defendant |
| | La Cima Restaurants, LLC |

This 4th day of May, 2012.

*/s/ Angela R. Fox*
Angela R. Fox (131077)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000 (ph)
404.853.8806 (fax)
angie.fox@sutherland.com
